IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY LAMONT HARGROVE, | ) | |
| Defendant. | ) | |

Before the court is Defendant Timothy Lamont Hargrove's Motion to Seal [DE-512]. The undersigned has been informed the Government objects but does not intend to file a written objection. Believing that a written objection is necessary, the Government is DIRECTED to file its objection within ten days.

SO ORDERED.

This, the 21st day of March, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge