IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY LAMONT HARGROVE, | ) | |
| Defendant. | ) | |

Before the court is Defendant Timothy Lamont Hargrove's Motion to Seal [DE-512]. While the undersigned was originally advised that the Government objected to Defendant Hargrove's motion, the undersigned most recently has been informed the Government no longer has an objection [DE-514]. The undersigned believes that good cause has been shown to seal the Government's April 9, 2012 Memorandum in Support of Motion to Dismiss. For this reason, Defendant Hargrove's Motion to Seal [DE-512] is ALLOWED, and the Government's Memorandum in Support of Motion to Dismiss [DE-476] is to be sealed.

SO ORDERED.

This, the 27 day of March, 2013.

JAMES C. FOX
Senior United States District Judge